Harrison C. Baker, Jr., Plaintiff-Appellant, v. State of Illinois Department of Labor, Division of Unemployment Compensation, John E. Cullerton, Director of Labor, Samuel C. Bernstein, Employment Security Administrator, and J. R. Cohen, Unemployment Compensation Commissioners, Defendants-Appellees.

Gen. No. 52,405.

First District, Third Division.

January 30, 1969.

George W. Lawrence, of Chicago (James B. Lockhart, of counsel), for appellant; William G. Clark, Attorney General of State of Illinois, of Chicago (John J. O'Toole, A. Zola Groves, and Bernard Genis, Assistant Attorneys General, of counsel), for appellees. Opinion by PRESIDING JUSTICE SULLIVAN. Not to be published in full.